### THE STATE v. CHARLES MORGAN.

RIGHT OF APPEAL. — The Constitution of 1876 having disallowed appeals by the State in criminal cases, and it having been adjudged that *scire-facias* cases on appearance bonds and recognizances are criminal cases, this court dismisses such appeals, though taken before the Constitution of 1876 went into effect.

APPEAL from the Criminal Court of the city of Bonham. Tried below before the Hon. J. Q. CHENOWITH.

The judgment was rendered and the appeal taken on March 18, 1876 — just a month before the Constitution of 1876 took effect.

*W. B. Dunham*, for the State.

No brief for the appellee.

WHITE, J. This is an appeal on behalf of the State, from a judgment of the District Court setting aside a judgment *nisi*, and quashing the appearance bond, upon forfeiture of which the same was rendered.

The Supreme Court and this court having held that *scire-facias* cases are criminal cases, it follows that the appeal in

this case must be dismissed — the Constitution providing expressly that "the State shall have no right of appeal in criminal cases." Const., art. 5, sec. 26.